UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE M., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | Case No. 2:24-cv-00450-SB-SK <br><br> FINAL JUDGMENT |

    For the reasons set forth in the accompanying Order Accepting Findings and Recommendations of U.S. Magistrate Judge, the decision of the Commissioner of the Social Security Administration is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: February 28, 2025

                                              Stanley Blumenfeld, Jr.
                                             United States District Judge